FILED
U.S. DISTRICT COURT
SAVANNAH
2013 FEB 26 PM 2:__

CLERK _A. Moore_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TERRENCE BIGGERS,

    Plaintiff,

v.

JAMES DEAL; STANLEY WILLIAMS;
JOHNNY DAVIS; EARL TOPPINGS;
and RICHARD BUNCH,

    Defendants.

CIVIL ACTION NO.: CV612-115

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation. Plaintiff has responded that he has no objections to the Report and Recommendation. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Williams, Deal, and Davis are **DISMISSED**. Plaintiff's claims for money damages against Defendants Toppings and Bunch in their official capacities are **DISMISSED**. Additionally, Plaintiff's request for injunctive relief is **DENIED**.

**SO ORDERED**, this 26th day of Feb., 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)